

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Alborz Datar **V.**  National Oilwell Varco, L.P.

Appellate case number:   01-15-00541-CV

Trial court case number: 2014-04736

Trial court:             295th District Court of Harris County

Date motion filed:       February 2, 2017

Party filing motion:     Appellant, Alborz Datar

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
            ☐ Acting Individually ☒  Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date:  May 16, 2017